

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2023

No. 04-22-00703-CV

Terrick L. **ALSBROOKS**,
Appellant

v.

**CHERISH REALTY SOLUTIONS LLC ET AL**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV02415
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant, Terrick L. Alsbrooks, seeks to appeal from the trial court's order dismissing appellant's claims asserted under the Real Estate Settlement Procedure Act signed on October 20, 2022 (hereinafter "the trial court's dismissal order"). On January 30, 2023, the trial court clerk filed the clerk's record. After reviewing the record, we cannot determine whether the dismissal order is a final, appealable order.

Unless otherwise permitted by statute, appeals may only be had from final orders or judgments. *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). The Texas Supreme Court defines a judgment as final and appealable "if and only if either it actually disposes of all claims and parties then before the court, regardless of its language, or it states with unmistakable clarity that it is a final judgment as to all claims and all parties." *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 192-93 (Tex. 2001). Here, the trial court's dismissal order does not unequivocally state that it finally disposes of all claims and parties. Moreover, the trial court's dismissal order makes no mention of either appellant's breach of contract claim or the counterclaim pleaded by Cherish Realty Solutions LLC, one of the appellees.

Accordingly, we *sua sponte* **ABATE** this appeal and **ORDER** the trial court to clarify whether it intended to render a final judgment and, if so, to sign a judgment that is final for purposes of appeal. *See id*. at 206 ("If the appellate court is uncertain about the intent of the order, it can abate the appeal to permit clarification by the trial court.").
We further **ORDER** the trial court to cause a supplemental clerk's record containing any pleadings, orders, and judgment relating to this order to be filed in this court by March 6, 2023.

All other appellate deadlines are suspended pending further order of this court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court